1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare St, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4083

5

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )     CASE NO. 1:12-CR-160 LJO
                                  )
11               Plaintiff,       )
                                  )
12      v.                        )     STIPULATION AND ORDER TO
                                  )     EXCLUDE TIME
13 DIAMANTE ALFRED                )
                                  )
14                                )
                 Defendant.       )
15 _____)

16

17      The parties request that the status conference in this case

18 be continued from October 1, 2012 to October 9, 2012 at 8:30a.m..

19 They stipulate that the time between October 1, 2012 and October

20 9, 2012 should be excluded from the calculation of time under the

21 Speedy Trial Act.  The parties stipulate that the ends of justice

22 are served by the Court excluding such time, so that counsel for

23 the defendant may have reasonable time necessary for effective

24 preparation, taking into account the exercise of due diligence.

25 18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, counsel for the

26 defendant anticipates being in trial in state court for the next

27 week.  Therefore, a one week continuance is requested so defense

28 counsel may appear with the client.  The requested continuance is

                               1

with the intention of conserving time and resources for both parties and the court.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: September 27, 2012          By:    /s/ Elana S. Landau
                                         ELANA S. LANDAU
                                         Assistant U.S. Attorney


DATE: September 27, 2012                 /s/ Roger K. Litman
                                         ROGER K. LITMAN
                                         Attorney for Defendant

**IT IS SO ORDERED.**

DATE: September 27, 2012
                                         /s/ Lawrence J. O'Neill
                                         HON. Lawrence J. O'Neill
                                         U.S. District Judge